Margaret Ann
**MONTGOMERY, Respondent,**

v.

Joseph C. **MONTGOMERY, Appellant.**

No. 53600.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 26, 1988.

Richard L. Turner, St. Louis, for appellant.

Claude C. Knight, St. Charles, for respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976). An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).